USCA1 Opinion

 

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 ____________________

No. 97-1292

 SAMSON OMOSEFUNMI,

 Petitioner,

 v.

 CHARLES T. COBB, COMMISSIONER,
 IMMIGRATION AND NATURALIZATION SERVICE,

 Respondent.
 ____________________

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Nancy J. Gertner, U.S. District Judge]

 ____________________

 Before

 Torruella, Chief Judge,
 Selya and Stahl, Circuit Judges.

 ____________________

 Samson Omosefunmi on brief pro se.
 Frank W. Hunger, Assistant Attorney General, Civil Division, David
M. McConnell, Assistant Director, and James A. Hunolt, Attorney, Office
of Immigration Litigation, Civil Division, Department of Justice, on
brief for respondent.
 
 ____________________

 March 16, 1998
 ____________________
 
 
 
 
 
 Per Curiam. Upon careful review of the briefs and record, we
 conclude that the district court properly dismissed
 petitioner's challenge to his detention pending deportation. 
 Particularly, we find no merit in petitioner's contention
 regarding the finality of his 1992 convictions, see White v.
 Immigration & Naturalization Service, 17 F.3d 475, 479 (1st
 Cir. 1994), even assuming that contention were properly
 before this court in the context of this appeal. Further, as
 petitioner was not subjected to mandatory detention under the
 provisions of 440(c) of the Antiterrorism and Effective
 Death Penalty Act, we will not address his contentions
 regarding those provisions.
 Affirmed. See 1st Cir. Loc. R. 27.1.